JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAMEY<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.<br><br>Defendant. | Case No. SACV12-1757 JST (MLGx)<br><br>ORDER OF DISMISSAL |

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

Defendant Experian Information Solutions, Inc. is dismissed with prejudice, with each party to bear her/its own attorney's fees, costs and expenses incurred.

Dated: September 18, 2013

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE