**JS-6**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KENNETH RAMEY**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**EXPERIAN INFORMATION SOLUTIONS INC.**<br><br>　　　　**Defendant.** | Case No. SACV12-1757 JST (MLGx)<br><br>ORDER OF DISMISSAL |

　　This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

　　Defendant Experian Information Solutions, Inc. is dismissed with prejudice, with each party to bear her/its own attorney's fees, costs and expenses incurred.

Dated:  September 18, 2013

_(signature)_
_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE